From: Charles Bunton
Allred Unit #1143771
2101 FM 369 North
Iowa Park, TX 76367

60,852·08

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 01 2015
Abel Acosta, Clerk

May 27, 2015

RE: Wrongly Affirmed Conviction — WR-60,852-08, PENDING.

Dear Clerk,

I have been struggling with the above case since 2002 and I am trying to get this Court to see that my conviction was wrongly affirmed on direct appeal. The prosecutors "theory" or his "prosecutorial reasoning and legal strategy in the case" does not confer jurisdiction or change subject-matter jurisdiction: The JUDGMENT ON JURY VERDICT OF GUILTY is for a Third Degree Felony — but the 3rd Court of Appeals, at Austin — Affirmed a State Jail Felony conviction in conflict and in contradiction to the JUDGMENT AND SENTENCE in this case. In short, instead of the appellate record being prepared to appeal the 3rd Degree Felony Conviction reflected in the JUDGMENT AND SENTENCE, the record appealed the "prosecutorial reasoning and strategy in the case," which was on a state jail felony, creating a meaningless record/meaningless appeal. My conviction is for a THIRD DEGREE FELONY and I am entitled to a new appeal/Brief on remand.

Sincerely,
C. Bunton — wrongfully convicted since 2002, Wrongly affirmed conviction since 2004.